# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL                         NO.   2020 CW 0209
GEORGE F. ABRAMS (D)


**MAY 07, 2021**

---

In Re:      Vijay Thumma, M.D., Ranada Johnson, M.D., Naseeruddin
            Khan, M.D., Amin Kamyar, M.D., Majid Jawad, M.D. and
            James Ratliff, M.D., applying for supervisory writs,
            19th Judicial District Court, Parish of East Baton
            Rouge, No. 665084.

---

**BEFORE:   PENZATO, LANIER, AND HESTER, JJ.**

   **WRIT DENIED.**

                              AHP
                              WIL
                              CHH


COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT